IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIXTO CRUIZ MURILLO,

    Petitioner,               No. 2:12-cv-1028 JFM (HC)

    vs.

THE FIFTH APPELLATE DISTRICT

    Respondents.          <u>ORDER</u>

                                 /

Petitioner, a state prisoner proceeding pro se, has filed a pleading that appears to be either an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, or a petition for writ of certiorari to the United States Supreme Court. Petitioner has also filed a request to proceed in forma pauperis. In the pleading, petitioner challenges a conviction issued by the Tulare County Superior Court.[1] Tulare County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

---

[1] Although petitioner does not specifically identify his district of conviction, he does provide a case number and refers in the pleading to the "Fifth Appellate Court" in Fresno, California. A court may take judicial notice of court records. <u>See</u> <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980). The court takes judicial notice of the docket in the California Court of Appeal for the Fifth Appellate district of Case No. VHC-248140; the trial court for that case number is identified as the Tulare County Superior Court.

1

1    Pursuant to Local Rule 120(f), a civil action which has not been commenced in
2 the proper division of a court may, on the court's own motion, be transferred to the proper
3 division of the court. Good cause appearing, this action will be transferred to the Fresno
4 Division of the court. This court will not rule on petitioner's request to proceed in forma
5 pauperis.
6    In accordance with the above, IT IS HEREBY ORDERED that:
7    1. This court has not ruled on petitioner's request to proceed in forma pauperis;
8    2. This action is transferred to the United States District Court for the Eastern
9 District of California sitting in Fresno; and
10    3. All future filings shall reference the new Fresno case number assigned and
11 shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

15 DATED: April 24, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
muri1028.109

2